EMMA HARVEY, APPELLANT

FROM DECREE OF JUDGE OF PROBATE.

Knox.    Decided September 6, 1944.

PER CURIAM

Probate Appeal on report. This probate repeal, reported on an agreed statement of facts, is discharged because the facts stated are insufficient for a just determination of the issues raised.

*Report discharged.*

*Jerome C. Burrows*, for the appellant.

*Frank F. Harding*, for the appellee.

SITTING: STURGIS, C. J., THAXTER, HUDSON, MANSER, MUR-CHIE, CHAPMAN, JJ.